S. F. DAVIS v. J. J. TERRELL, COMMISSIONER, ET AL.

No. 1621. Decided January 23, 1907.

**Mandamus—Jurisdiction—Supreme Court.**

The Supreme Court can not entertain original jurisdiction in a proceeding for writ of mandamus against the head of a department of the state government when the right asserted depends on the determination of a question of fact. (P. 292.)

Land sold to relator Davis on condition of settlement, was declared forfeitured by the Land Commissioner for abandonment and thereafter sold to Neal. Mandamus to compel Davis' reinstatement was sought

by an original proceeding in the Supreme Court, which denied the fact of abandonment, and on this the respondents took issue.

*James & Yeiser,* for relator.

*R. V. Davidson,* Attorney-General, and *Wm. E. Hawkins,* Assistant, for respondent Terrell.

*Nunn & Ward* and *J. E. Neal,* for respondent Neal.

GAINES, CHIEF JUSTICE.—This is a petition for a writ of mandamus to compel the Commissioner of the General Land Office to set aside a cancellation of awards of certain sections of school land which the relator had made application to purchase and which had been awarded to him.

Not only the petition but the answers show that the right of the case depends upon the determination of certain questions of fact, which this court has no power to determine. The case must therefore be dismissed for want of jurisdiction and it is accordingly so ordered.